Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*IB Appliances US Holdings, LLC*
*d/b/a Instant Pot Brands*

Application Granted.
SO ORDERED.
Dated:  10/9/2025

P. Kevin Castel
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IB APPLIANCES US HOLDINGS, LLC d/b/a INSTANT POT BRANDS,<br><br>*Plaintiff*<br><br>v.<br><br>BEAUTIFUL HOME FURNISHINGS STORE, BEST SMART STORE, CIXI CITY TONGLI ELECTRICAL APPLIANCE CO., LTD., FOSHAN SHUNDE WALON ELECTRIC APPLIANCE CO., LTD., GUANGZHOU CHAMPION HOME APPLIANCES CO., LTD., LAA-LA APLIANCES STORE, LANGFANG XINGSI INTERNATIONAL TRADE CO., LTD., NANTONG POWERMAC MECHANICAL EQUIPMENT CO., LTD., PAMI 11DI STORE, STARKSTORE STORE, THE FUN LIFE STORE, YAMI D16 STORE, ZHONGSHAN BINZHI ELECTRIC CO., LTD., ZHONGSHAN CHANKIA ELECTRIC APPLIANCE CO., LTD., ZHONGSHAN DEBO ELECTRIC APPLIANCES CO., LTD., ZHONGSHAN HUICHU ELECTRICAL APPLIANCE CO., LTD., | CIVIL ACTION NO.<br>25-cv-1895 (PKC) |

ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD., ZHONGSHAN POLANS ELECTRIC APPLIANCE CO., LTD., ZHONGSHAN SITOM ELECTRIC APPLIANCES CO., LTD., ZHONGSHAN SONGYUN ELECTRIC CO., LTD. and ZHONGSHAN TIANTAI ELECTRIC TECHNOLOGY COMPANY LIMITED,

*Defendants*

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AND A PERMANENT INJUNCTION

PLEASE TAKE NOTICE THAT, that in accordance with the Court's Individual Local Rule 55.2(b) and Federal Rules of Civil Procedure 55(b)(2), Plaintiff, by and through its undersigned counsel, moves for default judgment and a permanent injunction against Defendants Beautiful Home Furnishings Store, Best Smart Store, Cixi City Tongli Electrical Appliance Co., Ltd., Foshan Shunde Walon Electric Appliance Co., Ltd., Laa-La Apliances Store, Pami 11DI Store, Starkstore Store, The Fun Life Store, Yami D16 Store, Zhongshan Binzhi Electric Co., Ltd., Zhongshan Chankia Electric Appliance Co., Ltd., Zhongshan Debo Electric Appliances Co., Ltd., Zhongshan Huichu Electrical Appliance Co., Ltd., Zhongshan Polans Electric Appliance Co., Ltd. and Zhongshan Tiantai Electric Technology Company Limited.

Dated: October 3, 2025                    Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:    /s/ Melissa J. Levine
       Melissa J. Levine
       mlevine@ipcounselors.com
       60 East 42nd Street, Suite 1250
       New York, NY 10165
       Telephone: (212) 292-5390
       Facsimile: (212) 292-5391
       *Attorneys for Plaintiff*
       *IB Appliances US Holdings, LLC*
       *d/b/a Instant Pot Brands*
       .

1